James A. Dumas (SBN 76284)
Christian T. Kim (SBN 231017)
DUMAS & KIM, APC
915 Wilshire Blvd., Ste. 1775
Los Angeles, CA 90017
Telephone: 213/368-5000
Facsimile: 213/368-5009

Attorneys for the Chapter 7 Trustee,
Carolyn A. Dye

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>THOMAS ARTHUR GRANLUND,<br><br>    Debtors.<br>_____<br><br>CAROLYN DYE, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>    vs.<br><br>SHAUNA CRAWFORD GRANDLUND, an individual,<br><br>    Defendant. | Case No.: 2:19-bk-17724-WB<br><br>Adv. No. 2:21-ap-01065-WB<br><br>[Honorable Julia W. Brand]<br><br>**PROOF OF SERVICE OF 1) SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1] 2) COMPLAINT FOR FRAUDULENT TRANSFER AND DECLARATORY RELIEF AND 3) PUBLIC COUNSEL FREE BANKRUPTCY HELP**<br><br>**[11. U.S.C. §§ 105, 541, 548 and 28 U.S.C. §2201, and California Civil Code Sections 3439 et seq.]** |

1
**PROOF OF SERVICE COMPLAINT FOR FRAUDULENT TRANSFER AND DECLARATORY RELIEF**

| | |
|---|---|
| In re: THOMAS ARTHUR GRANLUND<br>Dye v. Shauna C. Grandlund<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 2:19-bk-17724-WB<br>ADV. CASE NUMBER: 2:21-ap-01065-WB |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 915 Wilshire Blvd., Ste. 1775, Los Angeles, CA 90017.

A true and correct copy of the foregoing document entitled (*specify*): **1) Summons and Notice of Status Conference in Adversary Proceeding [LBR 7004-1], 2) Complaint for Fraudulent transfer & Declaratory Relief and 3) Public Counsel Free Bankruptcy Help** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 8, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

James A Dumas    jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
Carolyn A Dye (TR)    trustee@cadye.com, cdye@ecf.axosfs.com;atty@cadye.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **April 8, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Thomas Arthur Granlund
719 E. Ocean View Ave #437
Norfolk, VA 23503

Shauna Crawford Granlund
719 E. Ocean View Ave #437
Norfolk, VA 23503

Shauna Crawford Granlund
4831 Columbus Street #61682
Virginia Beach, VA 23462-9998

Thomas Arthur Granlund
4831 Columbus Street #61682
Virginia Beach, VA 23462-9998

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to FR.Civ.P. 5 and/or controlling LBR, on (*date*) **April 8, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **April 8, 2021** | Danielle M. Landeros | /s/ *Danielle M. Landeros* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

James A. Dumas (SBN 76284)
Christian T. Kim (SBN 231017)
DUMAS & KIM, APC
915 Wilshire Blvd., Ste. 1775
Los Angeles, CA 90017
Telephone: 213/368-5000
Facsimile: 213/368-5009

Attorneys for the Chapter 7 Trustee,
Carolyn A. Dye

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>THOMAS ARTHUR GRANLUND,<br><br>  Debtors.<br>_____<br><br>CAROLYN DYE, Chapter 7 Trustee,<br><br>  Plaintiff,<br><br>  vs.<br><br>SHAUNA CRAWFORD GRANDLUND, an individual,<br><br>  Defendant. | Case No.: 2:19-bk-17724-WB<br><br>Adv. No.<br><br>[Honorable Julia W. Brand]<br><br>**COMPLAINT FOR FRAUDULENT TRANSFER AND DECLARATORY RELIEF**<br><br>**[11. U.S.C. §§ 105, 541, 548 and 28 U.S.C. §2201, and California Civil Code Sections 3439 et seq.]** |

COMES NOW, Plaintiff and Chapter 7 Trustee Carolyn A. Dye ("Trustee" or "Plaintiff"), and as and for her Complaint herein, complains and alleges as follows:

1

**COMPLAINT FOR FRAUDULENT TRANSFER AND DECLARATORY RELIEF**

## I. THE PARTIES AND JURISDICTION

1. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 1334 and 157, and this is a core proceeding under 28 U.S.C. §§ 157(b)(1), 157(b)(2)(A), or 157(b)(2)(E). In the event this proceeding is determined to include non-core claims for relief, the Plaintiff consents to the entry of a final order or judgment by the Bankruptcy Court as to any such claims. Venue in the Central District of California, Los Angeles Division (the "Bankruptcy Court"), is proper pursuant to 28 U.S.C. § 1409 in that this adversary proceeding is related to the bankruptcy case of Thomas Arthur Granlund bearing case number Case No.: 2:19-bk-17724-WB. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 1334 and 157 because this is a civil proceeding arising in and/or related to the debtor and his Chapter 7 case.

2. The Plaintiff Carolyn A. Dye is the duly appointed and acting Chapter 7 bankruptcy trustee for the estate of Thomas Arthur Granlund ("Debtor")

3. Defendant Shauna Crawford-Granlund, ("Shauna"), is the wife of the Debtor.

4. The Debtor commenced the within bankruptcy case by filing a voluntary petition under Chapter 13 of the Bankruptcy Code on July 2, 2019. ("Petition Date") The case was converted to a case under Chapter 7 by an order dated January 13, 2020 and plaintiff Carolyn A. Dye thereafter appointed trustee.

## II. ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF

5. Plaintiff refers to the allegations set forth in paragraph 1 through 4 hereof and incorporates said allegations herein as if fully set forth hereat.

6. The Debtor acquired fee title to the property located at 3331 Castleman Lane, Burbank, CA in 1999 as an "unmarried man." He thereafter married Shauna. On June 5, 2019, less than a month before the Petition Date when he listed $192,000 in unsecured debt, the Debtor transferred the property to himself and Shaunna as joint tenants with right of survivorship. The transfer deed recites: "This is a bona fide gift and grantor received nothing in return."

7. Notwithstanding the holding of title by the Debtor and Shauna as joint tenants, pursuant to California law the property is presumed to have been the community property of the

Debtor's marriage with Shauna. As such, once the Debtor filed bankruptcy, Castleman Lane property in its entirety was property of the Debtor's bankruptcy estate.

8. Pursuant to a Bankruptcy Court order dated October 15, 2020, the Castleman Lane property was sold. There is a dispute as to whether Shauna is entitled to half of the net proceeds in her capacity as an alleged joint tenant of the property.

### III.    FIRST CLAIM FOR RELIEF TO AVOID FRAUDULENT TRANSFER
### (11 U.S.C. §§ 105, 541, 548, and California Civil Code §§3439 et seq.)
### (Against Shauna Crawford-Granlund)

9. Plaintiff refers to the allegations set forth in paragraph 1 through 8 hereof and incorporates said allegations herein as if fully set forth hereat.

10. Effective June 5, 2020, the Debtor transferred his separate property interest to himself and Shauna, as joint tenants, without receiving reasonably equivalent value in exchange.

11. If the property is considered as having been thereafter held in joint tenancy as opposed to being community property, the effect of this transfer was that the value of the assets that were either the separate property or the community property of the Debtor were unreasonably small in relation to the known and reasonably anticipated debts of the Debtor as they existed at the time of the transfer and as they could be expected to arise as a consequence of actions and transactions of the Debtor that could be expected to occur thereafter. The transfer rendered the Debtor incapable of paying his debts as they thereafter fell due.

12. The transfer was undertaken by Debtor with the actual intent to hinder, delay, and defraud his creditors.

13. Plaintiff is entitled to a judgment avoiding the transfer and/or a money judgment against Shauna in an amount equal to the value of the asset transferred.

### IV.    SECOND CLAIM FOR RELIEF SEEKING A DECLARATORY JUDGMENT
### (11 U.S.C. §541 and 28 U.S.C. §2201 and California Probate Code §15304)
### (Against Defendant Shauna Crawford-Granlund)

14. Plaintiff refers to the allegations set forth in paragraph 1 through 8 hereof and incorporates said allegations herein as if fully set forth hereat.

15. An actual controversy exists as to whether Shauna has a joint tenancy interest in the net sales proceeds from Castleman Lane property, as Shauna alleges, or they are all property of the bankruptcy estate, as the Trustee alleges.

16. Plaintiff asks the Court for a declaratory judgment pursuant to 11 U.S.C. §2201 determining whether Shauna has a joint tenancy interest in the net sales proceeds of the Castleman Lane property.

## V.    PRAYER

WHEREFORE, Plaintiff prays for judgment as follows:

### ON THE FIRST CLAIM FOR RELIEF:

1. For a judgment against Shauna avoiding the transfer of the Castleman Lane Property to her and/or for a monetary judgment equal to the current value of the asset transferred;

### ON THE SECOND CLAIM FOR RELIEF:

2. For a judgment declaring whether Shauna has a joint tenancy interest in the net sales proceeds of the Castleman Lane property.

### ALL CLAIMS FOR RELIEF

3. For prejudgment interest;
4. For costs of suit; and
5. For such other relief as the Court deems just and proper.

Dated: April 5, 2021                         DUMAS & KIM, APC


By: *James A. Dumas*
James A. Dumas,
Attorneys for Plaintiff and Chapter 7 Trustee,
Carolyn A. Dye

B1040 (FORM 1040) (12/15)

| **ADVERSARY PROCEEDING COVER SHEET**<br>(Instructions on Reverse) | **ADVERSARY PROCEEDING NUMBER**<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>Carolyn Dye, Chapter 7 Trustee, | **DEFENDANTS**<br>SHAUNA CRAWFORD GRANDLUND,<br>an individual |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>James A. Dumas (SBN 76284)<br>DUMAS & KIM, APC<br>915 Wilshire Blvd., Ste. 1775<br>Los Angeles, CA 90017<br>Telephone: 213/368-5000 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☒ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☒ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
COMPLAINT FOR FRAUDULENT TRANSFER AND DECLARATORY
RELIEF [11. U.S.C. §§ 105, 541, 548 and 28 U.S.C. §2201, and California Civil Code Sections
3439 et seq.]

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☒ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ According to Proof |
| Other Relief Sought | |

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES |||
|---|---|---|
| NAME OF DEBTOR<br>Thomas Arthur Granlund | BANKRUPTCY CASE NO.<br>2:19-bk-17724-WB ||
| DISTRICT IN WHICH CASE IS PENDING<br>Central | DIVISION OFFICE<br>Los Angeles | NAME OF JUDGE<br>Hon. Julia W. Brand |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** |||
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>*James A. Dumas* |||
| DATE<br>April 6, 2021 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>James A. Dumas ||

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.



# FREE BANKRUPTCY HELP



Do you want to file for Chapter 7 bankruptcy? Have you been sued in an adversary proceeding? Apply for bankruptcy help online:

# tinyurl.com/bkapply

or call our message line at

(213) 385 – 2977 ext. 704

## WE CANNOT GUARANTEE CASE PLACEMENT.



# AYUDA GRATIS DE BANCARROTA



¿Quiere declararse en bancarrota de Capítulo 7? ¿Ha sido demandado en su caso de bancarrota? Solicite ayuda de bancarrota en línea:

## tinyurl.com/bkapply

o llame al

(213) 385 – 2977 ext. 704

**NO GARANTIZAMOS COLOCAR SU CASO.**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Christian T. Kim<br>Dumas & Kim, APC<br>915 Wilshire Blvd., Ste. 1775<br>Los Angeles, CA 90017<br>UNITED STATES<br><br>2133685000<br><br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES**

| In re:<br><br>Thomas Arthur Granlund<br><br><br><br>Debtor(s). | CASE NO.: 2:19–bk–17724–WB<br><br>CHAPTER: 7<br><br>ADVERSARY NUMBER: 2:21–ap–01065–WB |
|---|---|
| Carolyn A. Dye<br><br>Plaintiff(s)<br>Versus<br>Shauna Crawford Grandlund<br><br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left–hand corner of this page. The deadline to file and serve a written response is **05/06/2021.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
    **Date:**        **June 8, 2021**
    **Time:**       **02:00 PM**
    **Hearing Judge:**  **Julia W. Brand**
    **Location:**     255 E Temple St., Crtrm 1375, Los Angeles, CA 90012

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**


                                           **KATHLEEN J. CAMPBELL**
                                           **CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: <u>April 6, 2021</u>

                                           By: <u>    "s/" William C. Kaaumoana Jr.    </u>
                                                             Deputy Clerk

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                         Page 2                     **F 7004–1.SUMMONS.ADV.PROC**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

_____

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** and (2) the accompanying pleading(s) entitled:

_____
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005–2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____ _____
*Date*          *Printed Name*                            *Signature*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    **F 7004–1.SUMMONS.ADV.PROC**